PLATT J. HARRIS, Respondent, v. MARIE M. HARRIS, Appellant.—

Order affirmed, without costs. Herlihy, P. J., Reynolds, Staley, Jr., Cooke and Sweeney, JJ., concur.